LUNSFORD DOLE PHILLIPS #4407
7 Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL WARD and ESTHER WARD, <br> Plaintiffs <br> v. <br> WATUMULL PROPERTIES CORP <br> Defendant | CIVIL NO. 17-00346 SOM-RLP <br><br> NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES |

NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES

Plaintiffs, through their undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby gives notice of dismissal without prejudice of all claims and parties herein.

Dated: October 14, 2017.

/s/ Lunsford Dole Phillips